AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| Josiah Walker )<br><br>                    Plaintiff, )<br><br>        v. )<br><br> Board of Regents of University of Michigan et al )<br><br>                    Defendant. ) | Civil Action No.  2:26-cv-11674<br><br><br> Hon.  Laurie J. Michelson |

## SUMMONS IN A CIVIL ACTION

To:    Board of Regents of University of Michigan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_
     *Signature of Clerk or Deputy Clerk*

Date of Issuance: _May 26, 2026_



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>Board of Regents of University of Michigan</u>
was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  2:26-cv-11674 |
| | ) | |
| v. | ) | |
| | ) | |
| Board of Regents of University of Michigan et al | ) | Hon.  Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Domenico Grasso

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By:  s/ S Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 26, 2026



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Domenico Grasso _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| Josiah Walker<br><br>*Plaintiff,*<br><br>v.<br><br>Board of Regents of University of Michigan et al<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:26-cv-11674

Hon.  Laurie J. Michelson

## SUMMONS IN A CIVIL ACTION

To:      Santa Ono

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_____
       *Signature of Clerk or Deputy Clerk*

       Date of Issuance:  _May 26, 2026_____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*  Santa Ono _____
was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:26-cv-11674 |
| | ) | |
| v. | ) | |
| | ) | |
| Board of Regents of University of Michigan et al | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Robert Hewlett III

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_
*Signature of Clerk or Deputy Clerk*

Date of Issuance: _May 26, 2026_



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Robert Hewlett III _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| Josiah Walker <br><br> *Plaintiff,* <br><br> v. <br><br> Board of Regents of University of Michigan et al <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 2:26-cv-11674

Hon. Laurie J. Michelson

## SUMMONS IN A CIVIL ACTION

To:     Amy Grier

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ S Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 26, 2026



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*  Amy Grier _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:26-cv-11674 |
| | ) | |
| v. | ) | |
| Board of Regents of University of Michigan et al | ) | Hon. Laurie J. Michelson |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Univeristy of Michigan Executive Director of the Division of Public Safety and Security

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy V. Doukoure
CAIR- MI
MI
1905 S. Haggerty Rd.
Ste 105
Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_
*Signature of Clerk or Deputy Clerk*

Date of Issuance: _May 26, 2026_



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* was received by me on *(date)* _____ .
Univeristy of Michigan Executive Director of the Division of Public Safety and Security

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | Civil Action No. 2:26-cv-11674 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| Board of Regents of University of Michigan et al | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Eddie Washington

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: <u>s/ S Schoenherr</u>
      *Signature of Clerk or Deputy Clerk*

Date of Issuance: <u>May 26, 2026</u>



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  <u>Eddie Washington</u>
was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:26-cv-11674 |
| | ) | |
| v. | ) | |
| | ) | |
| Board of Regents of University of Michigan et al | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Crystal James

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ S Schoenherr
    *Signature of Clerk or Deputy Clerk*

Date of Issuance: May 26, 2026



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Crystal James
was received by me on *(date)* .

❏ I personally served the summons on the individual at *(place)*
on *(date)* ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

❏ I returned the summons unexecuted because ; or

❏ Other *(specify):*
.

My fees are $ for travel and $ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:26-cv-11674 |
| | ) | |
| v. | ) | |
| | ) | |
| Board of Regents of University of Michigan et al | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Ryan Cavanaugh

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: _May 26, 2026_____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*  Ryan Cavanaugh

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  2:26-cv-11674 |
| | ) | |
| v. | ) | |
| Board of Regents of University of Michigan et al | ) | Hon.  Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Aron Feltes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ S Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 26, 2026



Case 2:26-cv-11674-LJM-KGA   ECF No. 3, PageID.92   Filed 05/26/26   Page 20 of 40

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>Aron Feltes</u>

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:26-cv-11674 |
| | ) | |
| v. | ) | |
| | ) | |
| Board of Regents of University of Michigan et al | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Darian Greeley

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ S Schoenherr

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 26, 2026



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>Darian Greeley</u>
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:26-cv-11674 |
| | ) | |
| v. | ) | |
| | ) | |
| Board of Regents of University of Michigan et al | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Kevin Harding

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Amy V. Doukoure
>CAIR- MI
>MI
>1905 S. Haggerty Rd.
>Ste 105
>Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: _May 26, 2026_____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon.  Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>Kevin Harding</u>
was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:26-cv-11674 |
| | ) | |
| v. | ) | |
| | ) | |
| Board of Regents of University of Michigan et al | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Jeremiah Roberts

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_____
    *Signature of Clerk or Deputy Clerk*

Date of Issuance: _May 26, 2026_____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon.  Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*  Jeremiah Roberts

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | Civil Action No. 2:26-cv-11674 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Board of Regents of University of Michigan et al | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Mark West

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _May 26, 2026_



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>Mark West</u>
was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:26-cv-11674 |
| | ) | |
| v. | ) | |
| | ) | |
| Board of Regents of University of Michigan et al | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Jacob Yencer


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ S Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 26, 2026



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jacob Yencer _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  2:26-cv-11674 |
| | ) | |
| v. | ) | |
| Board of Regents of University of Michigan et al | ) | Hon.  Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Amerishield Protection Group

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ S Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 26, 2026



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Amerishield Protection Group
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  2:26-cv-11674 |
| | ) | |
| v. | ) | |
| Board of Regents of University of Michigan et al | ) | Hon.  Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     James Kincannon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 26, 2026



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* James Kincannon
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Josiah Walker | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  2:26-cv-11674 |
| | ) | |
| v. | ) | |
| | ) | |
| Board of Regents of University of Michigan et al | ) | Hon.  Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Kenneth Craig


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_____
      *Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 26, 2026_____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:26-cv-11674
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kenneth Craig _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| Josiah Walker <br><br> *Plaintiff,* <br><br> v. <br><br> Board of Regents of University of Michigan et al <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 2:26-cv-11674

Hon. Laurie J. Michelson

## SUMMONS IN A CIVIL ACTION

To:     Doug Bayer

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*



By: s/ S Schoenherr

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 26, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*  Doug Bayer _____
was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| Josiah Walker<br><br>*Plaintiff,*<br><br>v.<br><br>Board of Regents of University of Michigan et al<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:26-cv-11674

Hon.  Laurie J. Michelson

## SUMMONS IN A CIVIL ACTION

To:    Lee Victorian

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amy V. Doukoure
> CAIR- MI
> MI
> 1905 S. Haggerty Rd.
> Ste 105
> Canton, MI 48188

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _s/ S Schoenherr_____
      *Signature of Clerk or Deputy Clerk*

Date of Issuance: _May 26, 2026_____



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:26-cv-11674
Hon. Laurie J. Michelson

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Lee Victorian _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: